District. Certiorari denied. *Morris Lavine* for petitioner.

No. 235. ROBINSON *v.* ALABAMA. Court of Appeals of Alabama. Certiorari denied.

No. 238. HUDSPETH COUNTY CONSERVATION AND RECLAMATION DISTRICT No. 1 ET AL. *v.* ROBBINS ET AL. C. A. 5th Cir. Certiorari denied. *Thurman Arnold* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for Robbins et al.; and *Eugene T. Edwards* for Lovelady et al., and *Frederic K. Gray* for Thompson et al., respondents.

No. 239. HOMEDALE TRACTOR & EQUIPMENT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Oscar W. Worthwine* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Nancy M. Sherman* for respondent.

No. 240. CARROLL VOCATIONAL INSTITUTE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Owen George* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *Jacob M. Lashly* and *Paul B. Rava* filed a brief, as *amici curiae,* for the General Trades School, Inc. et al., supporting petitioners.

No. 241. KLEIN ET AL., SURVIVING TRUSTEES, *v.* EQUITY INVESTMENT CO. C. A. 3d Cir. Certiorari denied. *Ed-*